B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699 <br> District Judge: Charles R. Breyer <br> Magistrate: |
|---|---|
| RAMON LUKAN, individually, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO., <br><br> Defendants. | Case No. C 07 1826 CRB <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF RAMON LUKAN, INDIVIDUALLY |

Comes now the Plaintiff, Ramon Lukan, individually ("Plaintiff"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the plaintiff Ramon Lukan's claims without prejudice with each side bearing its own attorneys' fees and costs.

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1 | 1. Ester Baldwin, Case No. C 07 1826 CRB
2 | 2. Candace Bebout, Case No. C 07 1826 CRB
3 | 3. Paula Bradley, Case No. C 07 1826 CRB
4 | 4. Delores Clayborne, Case No. C 07 1826 CRB
5 | 5. Erma Cleeton, Case No. C 07 1826 CRB
6 | 6. Elanore Cole, Case No. C 07 1826 CRB
7 | 7. David Counterman, Case No. C 07 1826 CRB
8 | 8. Virginia Daringer, Case No. C 07 1826 CRB
9 | 9. Joseph Drake, Case No. C 07 1826 CRB
10 | 10. Linda Duvall, Case No. C 07 1826 CRB
11 | 11. Bobbie Feltman, Case No. C 07 1826 CRB
12 | 12. Ralph Frederick Jr, Case No. C 07 1826 CRB
13 | 13. Christine Gaines, Case No. C 07 1826 CRB
14 | 14. Ted Geiger, Case No. C 07 1826 CRB
15 | 15. Webster Green, Case No. C 07 1826 CRB
16 | 16. Webster Green, Case No. C 07 1826 CRB
17 | 17. Daryl Hood, Case No. C 07 1826 CRB
18 | 18. Jerry Hoyte, Case No. C 07 1826 CRB
19 | 19. Sherry Lockridge, Case No. C 07 1826 CRB
20 | 20. Edgar Luten, Case No. C07 1826 CRB`

Plaintiff agrees to re-file any and all claims against Defendants, in a United States District Court.

| | |
|---|---|
| Dated: August 14, 2007<br><br>Respectfully submitted<br><br>By: /s/ Stuart M. Gordon<br><br>Stuart M. Gordon, Esq.<br>CA Bar No.: 37477<br>GORDON & REES, LLP<br>275 Battery Street, Ste. 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 262-3801<br>Attorney for the Defendants | Dated: August 14, 2007<br><br>Respectfully submitted<br><br>By: /s/<br><br>B. Kristian W. Rasmussen, III, FL Bar No. 0229430<br>Rachael M. Raymon, FL Bar No. 0887331<br>LEVIN, PAPANTONIO, THOMAS,<br>  MITCHELL, ECHSNER & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600 (32502)<br>P. O. Box 12308<br>Pensacola, Florida 32591<br>Telephone: (850) 435-7080<br>Facsimile: (850) 435-7020<br>Attorneys for Plaintiff |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this __22__ day of __August__, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire