Peter L. Kaufman, Fl. Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING) SALES PRACTICES AND PRODUCT LIABILITY) LITIGATION ) )  ) ESTHER BALDWIN, individually, ) CANDACE BEBOUT, individually, ) PAULA BRADLEY, individually, ) DELORES CLAYBORN, individually, ) ERMA CLEETON, individually, ) ELANORE COLE, individually, ) DAVID COUNTERMAN, individually, ) VIRGINIA DARINGER, individually, ) JOSEPH DRAKE, individually, ) LINDA DUVALL, individually, BOBBIE FELTMAN, individually, RALPH FREDERICK, JR., individually, CHRISTINE GAINES, individually, TED GEIGER, individually, WEBSTER GREEN, individually, DARYL HOOD, individually, JERRY HOYTE, individually, SHERRY LOCKRIDGE, individually, EDGAR LUTEN, individually, | Case Specific Number: C 07 1826 CRB  **MDL NO. 1699** **District Judge: Charles R. Breyer**   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Come now the Plaintiffs, ESTHER BALDWIN, CANDACE BEBOUT, PAULA
BRADLEY, DELORES CLAYBORN, ERMA CLEETON, ELANORE COLE, DAVID
COUNTERMAN, VIRGINIA DARINGER, JOSEPH DRAKE, LINDA DUVALL, BOBBIE
FELTMAN, RALPH FREDERICK, JR., CHRISTINE GAINES, TED GEIGER, WEBSTER GREEN,
DARYL HOOD, JERRY HOYTE, SHERRY LOCKRIDGE, EDGAR LUTEN, and Defendants, by and
through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and
costs.

DATED: ____ __, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS
SO ORDERED.**

Dated **AUG 1 ? 2009** _____

Hon. Charles R. Breyer
United States District Court

PFZR.10459844.1969556.1